JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WALTER ELIYAH THODY, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. CV 20-00678-DFM <br><br> JUDGMENT |

Pursuant to the Court's Order Granting Respondent's Motion to Dismiss,

IT IS ADJUDGED that the Petition is denied as moot, and this action is dismissed with prejudice.

Date: May 15, 2020

DOUGLAS F. McCORMICK
United States Magistrate Judge